**560  JONES vs. CIRCUIT JUDGE** (Shiawassee), No. 14816, 105 M., 664.

To compel respondent to require plaintiff, in a suit against relator, to file security for costs, the suit having been brought for the personal work and labor of the plaintiff, who had complied with the requirements of How. Stat., Sec. 7717 e.

Denied July 2, 1895, with costs.

**561  HALL vs. CIRCUIT JUDGE** (Eaton), No. 12029½.

To vacate an order requiring relator as plaintiff in a certain cause to give security for costs.

Order to show cause denied June 2, 1891.

**562  McDOWD vs. CIRCUIT JUDGE** (Wayne), 41 M., 551.

To compel respondent to require full security for costs from the appellee in a case appealed from a circuit court commissioner on summary proceedings.

Denied October 8, 1879.

The circuit judge required of the defendant and appellee, who was a non-resident, security for costs in the sum of $25 only, and the Supreme Court held that as there is no statute requiring the circuit judge to exact security in such cases, that it is discretionary with the judge to require security and his action is not reviewable.

**563  NEDERLANDER vs. CIRCUIT JUDGE** (Wayne), No. 14141½.

To vacate an order requiring relator, plaintiff in a cause commenced by capias ad respondendum, to give security for costs and also an order reducing defendant's bail in said cause from $3,000 to $1,000.

Order to show cause denied May 2, 1894, on the ground that the matters are within the discretion of the circuit judge.